UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SHANNON L. HINES | ) | Case No. 5:05cv2604 |
| | ) | |
| Plaintiff(s), | ) | Judge James S. Gwin |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| CHARLES F. WALTON, et al | ) | |
| | ) | |
| Defendant(s). | ) | Mag. Judge James S. Gallas |
| | ) | |

Prior to the scheduled hearing before the undersigned on November 14, 2006, the parties filed on this date a joint motion withdrawing motion and opposition and requesting abatement of hearing for reasons that they have resolved their differences.  (Document #30). It is recommended that the joint motion of the parties be granted.

The parties having resolved their differences, the file is returned to the Court.

IT IS SO ORDERED.

                                                      *s/James S. Gallas*
                                                    United States Magistrate Judge

Dated: November 8, 2006