UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------

| | | |
|---|---|---|
| SHANNON L. HINES, | : | CASE NO. 5:05-cv-2604 |
| Plaintiff, | : | JUDGE JAMES S. GWIN |
| vs. | : | ORDER & OPINION |
| | : | [Resolving Doc. No. 26] |
| CHARLES F. WALTON, ET AL. | : | |
| Defendants. | : | |

------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On September 8, 2006, Plaintiff Hines filed a motion to enforce settlement agreement and for interest, costs and attorney fees. [Doc. 26.] This matter was then referred to United States Magistrate Judge James Gallas on September 19, 2006, pursuant to Local Rule 72.1. [Doc. 27.] On November 8, 2006, the parties filed a joint proposed stipulation withdrawing both the Plaintiff's motion and the Defendant's motion in opposition and indicating that the parties had resolved their differences. [Doc. 30.] Magistrate Judge Gallas then issued a Report and Recommendation that this Court accept the parties' joint proposed stipulation. [Doc. 31.] Given that the parties have resolved their differences, the Court does exactly that.

Accordingly, the Court accepts the parties joint proposed stipulation withdrawing the Plaintiff's motion to enforce settlement agreement and the Defendant's motion in opposition.

Case No. 5:05-cv-2604
Gwin, J.

    IT IS SO ORDERED.


Dated: November 21, 2006            s/ *James S. Gwin*
                                                                  JAMES S. GWIN
                                                                  UNITED STATES DISTRICT JUDGE